UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:22 CR 114 |
| ) | |
| GUSTAVO DELGADO ) | |

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE ## 37, 40), to which the defendant has not objected, and subject to this court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, and defendant's plea of guilty as to Count 2 of the Indictment is hereby **ACCEPTED**.

**SO ORDERED.**

Date: April 4, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT